# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10 CV 067

| | |
|---|---|
| DARRELL R. THOMAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Susan Ballantine Molony's Motion for Appearance of Counsel *Pro Hac Vice* of Glenn G. Patton. It appearing that Glenn G. Patton is a member in good standing with the Georgia Bar and will be appearing with Susan Ballantine Molony, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Susan Ballantine Molony's Motion for Appearance of Counsel to Practice *Pro Hac Vice* (#9) of Glenn G. Patton is **GRANTED**, and that Glenn G. Patton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Susan Ballantine Molony.

Signed: June 24, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge